TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-04-00133-CR






Delmar Lee Parker, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF MILAM COUNTY, 20TH JUDICIAL DISTRICT


NO. CR20703, HONORABLE EDWARD P. MAGRE, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's third motion for extension of time to file brief is granted. Appellant's
counsel, Mr. F. Edward Brown, is ordered to tender a brief in this cause no later than October 7,
2004. No further extension of time will be granted.

It is ordered September 30, 2004.


Before Justices Kidd, Patterson and Puryear

Do Not Publish